| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

**FILED**
OCT 18 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**RECEIVED**
OCT - 3 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TONG WU,

    Plaintiff,

v.

MICHAEL CHERTOFF; *et al.*,

    Defendants.

No. C 06-4730 JF PVT

**STIPULATION TO DISMISS; AND
[PROPOSED] ORDER**

Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the approval of Plaintiff's adjustment of status application.

Each of the parties shall bear their own costs and fees.

///
///
///
///
///
///
///
///

STIP. TO DISMISS
C 06-4730 JF PVT

| | |
|---|---|
| 1  Dated: September 25, 2006 | Respectfully submitted, |
| 2 | KEVIN V. RYAN |
| 3 | United States Attorney |
| 4 | |
| 5 | /s/ |
| 6 | ILA C. DEISS<br>Assistant United States Attorney<br>Attorney for Defendants |
| 7 | |
| 8  Dated: ~~September~~ October 2, 2006 | *see faxed signature* |
| 9 | TONG WU<br>*Pro Se* |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 10 18 06

JEREMY FOGEL
United States District Judge

STIP. TO DISMISS
C 06-4730 JF PVT

2

Case No. C06-4730 JF MVT

Dated: September 25, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: September ___, 2006
October 2, 2006

TONG WU
*Pro Se*

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

JEREMY FOGEL
United States District Judge